No. 89-6045. FAVORS v. HICKS ET AL. C. A. 6th Cir. Certiorari denied.

No. 89-6046. HARRIS v. JENNINGS ET AL. C. A. 4th Cir. Certiorari denied.

No. 89-6047. CLAUSO v. BEYER, SUPERINTENDENT, NEW JERSEY PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 89-6049. BREWSTER v. LEGURSKY, WARDEN. Sup. Ct. App. W. Va. Certiorari denied.

No. 89-6060. WALKER v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 89-6067. VISSER v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT. Sup. Ct. Cal. Certiorari denied.

No. 89-6081. HEARD v. GREEN, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 89-6082. JENKINS v. BEYERS ET AL. C. A. 3d Cir. Certiorari denied.

No. 89-6086. JONES v. DELOACH, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 89-6087. MAHDAVI v. SAN FRANCISCO SUPERIOR COURT. Sup. Ct. Cal. Certiorari denied.

No. 89-6093. MCMILLIAN v. JOHNSON. C. A. 11th Cir. Certiorari denied.

No. 89-6095. POWERS v. SOUTH DAKOTA ET AL. C. A. D. C. Cir. Certiorari denied.

No. 89-6098. MARTIN v. UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT. C. A. 3d Cir. Certiorari denied.

No. 89-6102. COUTIN v. PRESIDENT OF HASTINGS COLLEGE OF LAW ET AL. C. A. 9th Cir. Certiorari denied.

No. 89-6116. CLARK v. PEABODY ET AL. C. A. 5th Cir. Certiorari denied.